IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID M. BUCKLAND,

       Plaintiff,

    v.

MERS, et al,

       Defendants.

1:11-cv-3053-CL

**ORDER**

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error.

Accordingly, I ADOPT the Report and Recommendation (#20).

Defendants' motion to dismiss (#19) is GRANTED. The complaint is

dismissed with prejudice.

IT IS SO ORDERED.

DATED this **20** day of March, 2012.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER